## 1

Herman RICHARDSON v. STATE. (No. 9699.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from Collin County Court; A. M. Wolford, Judge. John Doyle, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. This is an appeal from a conviction in the county court of Collin county for misdemeanor theft, with punishment fixed at a fine of $5 and one day in the county jail. The complaint and information are in regular form, as is the charge of the court below. The record is devoid of bills of exception or statement of facts. No error appearing, the judgment is affirmed.

## 2

Jim ROULAIN v. STATE. (No. 9756.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Mays, Chaney & Dailey, of Dallas, for appellant. Shelby S. Cox, Cr. Dist. Atty., of Dallas, Sam P. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. From conviction in criminal district court of Dallas county for manufacturing intoxicating liquor, with punishment fixed at one year in the penitentiary, this appeal is brought. We find in the record neither bills of exception nor statement of facts. Three special charges asked by appellant were given. The indictment sufficiently charges the offense, and we perceive no error in the charge of the court or other parts of the record. The judgment will be affirmed.

## 3

Columbus SADLER v. STATE. (No. 9322.) (Court of Criminal Appeals of Texas. June 17, 1925. Rehearing Denied Oct. 21, 1925.) Appeal from District Court, Hunt County; Geo. B. Hall, Judge. E. L. Hartwell, of Greenville, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of five years. The facts heard by the trial court are not before us. No fault in the procedure is complained of by bill of exceptions or perceived by this court. The judgment is affirmed.

## 4

Louis SALAC v. STATE. (No. 9826.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, Milam County; John Watson, Judge. Wood & Wood, of Granger, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is for the manufacture of intoxicating liquor, with the punishment fixed at confinement in the penitentiary for a period of one year. It is made to appear by proper and satisfactory proof that since the appeal was perfected and the record thereof filed in this court appellant has departed this life. It is therefore ordered that the appeal be abated.

## 5

Antonio SILVA v. STATE. (No. 9784.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Commissioners' Decision. Appeal from El Paso County, at Law; J. M. Deaver, Judge. J. W. Morrow, of El Paso, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

BERRY, J. The appellant was convicted in the district court of El Paso county for the offense of negligent homicide, and his punishment assessed at confinement in the county jail for a term of 60 days. The record is before us without bills of exception or statement of facts, and the indictment, the penalty assessed, and the judgment rendered being in conformity with the law, it is ordered that the judgment be in all things affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## 6

Clint STEPHENS v. STATE. (No. 9351.) (Court of Criminal Appeals of Texas. June 24, 1925. Rehearing Denied Oct. 21, 1925.) Appeal from District Court, Smith County; J. R. Warren, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for manufacturing intoxicating liquor; punishment, one year in the penitentiary. We find in the record neither statement of facts nor bills of exception. Nothing is presented for review. The judgment is affirmed.

## 7

W. B. WARREN v. STATE. (No. 9685.) (Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, Eastland County; George L. Davenport, Judge. J. L. Alford, of Rising Star, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is for the offense of possessing intoxicating liquor for the purpose of sale; punishment assessed being one year